J. Christopher Jorgensen (SBN 5382)
E-mail: cjorgensen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for GlaxoSmithKline LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE HALEY, individually and as ADMINISTRATOR for the ESTATE OF JOHN HALEY and on behalf of JOHN HALEY, <br><br> Plaintiffs, <br><br> vs. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; DOES I through X, inclusive; and ROE CORPS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-00682-GMN-CWH <br><br> **JOINT STIPULATION TO EXTEND DEFENDANT GLAXOSMITHKLINE LLC'S TIME TO RESPOND TO THE COMPLAINT** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, Plaintiff Katherine Haley, individually and as Administrator for the Estate of John Haley and defendant GlaxoSmithKline LLC ("GSK") that, in accordance with Avandia MDL Pretrial Order No. 9, the time for GSK to move, plead or otherwise respond to the Complaint is hereby extended until forty-five (45) days following the transfer of this action to the Multidistrict Litigation pending in the United States District Court for the Eastern District of

. . .

. . .

. . .

. . .

. . .

. . .

1  Pennsylvania entitled *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*,
2  Case No. 2:07-md-01871-CMR, absent any direction by the Court to the contrary.

_____
Patrick W. Kang, Esquire
KANG & ASSOCIATES, PLLC
3571 Red Rock Street, Suite A
Las Vegas, NV 89103
*Attorneys for Plaintiff*
DATED: 4/21/15

_____
J. Christopher Jorgensen, Esquire
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant GlaxoSmithKline LLC*
DATED: 21 APRIL 2015

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/21/2015**

2